# Exhibit 5 - LFP of Whitehall, LLC Action by Unanimous Written Consent dated 3/25/22

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SOLE MEMBER

## OF

## LFP OF WHITEHALL, LLC

The undersigned, being the sole member of LFP OF WHITEHALL, LLC, a New York limited liability company (the "Company"), hereby adopts the following resolution on behalf of the Company:

RESOLVED, that each of the following individuals is hereby appointed as a Manager of the Company, to hold such position until his respective successor shall have been duly appointed:

NEKTARIOS FITZPATRICK a/k/a Nick Fitzpatrick

RESOLVED, that as such manager, Nektarios Fitzpatrick a/k/a Nick Fitzpatrick shall have the exclusive power and authority, on behalf of the Company to: (a) purchase, lease or otherwise acquire from, or sell, lease or otherwise dispose of to, any Person any property; (b) open bank accounts and otherwise invest the funds of the Company; (c) purchase insurance on the business and assets of the Company; (d) commence lawsuits and other proceedings; (e) enter into any agreement, instrument or other writing; (f) retain accountants, attorneys or other agents; and (g) take any other lawful action that the Manager considers necessary, convenient or advisable in connection with any business of the Company.

**RESOLVED FURTHER**, that any and all prior actions taken by Nektarios Fitzpatrick a/k/a Nick Fitzpatrick are hereby ratified, confirmed and approved.

The undersigned has executed this instrument as of the 25th day of March, 2022 and hereby directs that it be filed with the minutes of the Company.

_____
Fitzpatrick Family Irrevocable Trust
dated August 14, 2020
Cosmos Fitzpatrick, Trustee